[No. 27962-9-I.  Division One.  March 30, 1992.]

*In the Matter of the Estate of*
LIONEL WALTER ROBINSON.

BARBARA J. ROBINSON, *Appellant*, v. ELIZABETH ROBINSON, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 90-4-00218-7, Gilbert E. Mullen, J., entered December 24, 1990. *Reversed* by unpublished opinion per Agid, J., concurred in by Webster, A.C.J., and Forrest, J.

[No. 11382-5-III.  Division Three.  March 31, 1992.]

JEREMY W. RITTER, *Appellant*, v. THE STATE OF WASHINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for Kittitas County, No. 90-8-00096-1, Michael E. Cooper, J., entered January 24, 1991. *Reversed* by unpublished opinion per Thompson, J., concurred in by Shields, C.J., and Munson, J.